IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION,<br><br>              Defendant. | )<br>)<br>)<br>)  Civil Action No. 95-1211 (CRR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

MAY 0 1 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STIPULATION

It is stipulated and agreed by and between the undersigned parties by their respective attorneys, that:

1. The Court has jurisdiction over the subject matter of this action and over each of the parties hereto.

2. On June 25, 1996, this Court entered a Final Judgment in this action. Attached to this Stipulation are a proposed Modification Of Final Judgment, the Joint Motion Of The United States And American Bar Association For Modification Of The Final Judgment, and the United States' Explanation Of Procedures. The parties consent to the entry by the Court of the Modification Of Final Judgment in the form attached, upon any party's motion, at any time after the completion of the procedures specified in the United States' Explanation Of Procedures, without further notice to any party or other proceedings, provided that plaintiff has not withdrawn its consent, which it may do at any time before entry of the Modification Of Final Judgment by serving notice on the defendant and by filing that notice with the Court



3. Pending approval of the Modification Of Final Judgment by the Court, defendant agrees to be bound by its provisions. If plaintiff withdraws its consent, or if the proposed Modification Of Final Judgment is not entered pursuant to the terms of the Stipulation, this Stipulation shall be of no effect whatsoever, and the making of this Stipulation shall be without prejudice to any party in this or in any proceeding

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA:

D BRUCE PEARSON

_____
JESSICA N. BUTLER-ARKOW
D C. Bar #430022
JAMES J. TIERNEY
MOLLY L DEBUSSCHERE
U S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
Tel. 202/307-1027
Fax: 202/616-8544

FOR DEFENDANT
AMERICAN BAR ASSOCIATION

_____
DAVID L. ROLL
Steptoe & Johnson
1330 Connecticut Avenue, N W
Washington, D C. 20036
Tel: 202/429-8169
Fax 202/429-3902

Approved
Royce C. Lamberth
U.S.D.J.  4/28/00

2