IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 95-1211 (RCL) |
| v. | ) | |
| AMERICAN BAR ASSOCIATION, | ) | |
| Defendant. | ) | |

**FILED**

JUN 2 6 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Massachusetts School of Law's Motion For Reaffirmation Of Prior Permission To Appear Amicus Curiae is ~~DENIED~~ GRANTED.

So Ordered.

Royce C. Lamberth    6/26/00
United States District Judge