IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 16 2001

CLERK, U.S. District Court
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 95-1211 (~~CRR~~) RCL |
| ) | |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## MODIFICATION OF FINAL JUDGMENT

Plaintiff, United States of America, filed its Complaint on June 27, 1995. This Court entered an agreed-upon Final Judgment on June 25, 1996. Plaintiff and defendant American Bar Association ("ABA"), by their attorneys, have consented to the entry of this Order modifying that Final Judgment without trial or adjudication of any issue of fact or law. This Order shall not be evidence or admission by any party with respect to any issue of fact or law. Entry of this Modification Of Final Judgment is in the public interest. Therefore, upon consent of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that Sections VI and VIII of the Final Judgment entered on June 25, 1996 are modified as follows:

Section VI. (A) of the Final Judgment is VACATED and replaced with the following:

(A)   require

89

     (1)    that the adoption or amendment of all Standards, Interpretations, and Rules be subject to the same public comment process before the Standards Review Committee and Council and the same review process, including approval by the Council; and

     (2)    that following notification by the Council of the Council's action to adopt or amend any Standard, Interpretation, or Rule, the House of Delegates shall vote either to agree with the Council's action, or refer it back to the Council for reconsideration based on reasons specified by the House, provided that the House shall be limited to referring an action back to the Council a maximum of two times, and that the decision of the Council will be final following its consideration of the last permitted referral;

Section VI.(M) shall be added to the Final Judgment:

    (M)    permit appeals to the House of Delegates from a Council decision granting or denying provisional or full approval to a law school, or withdrawing, suspending or terminating approval of a law school. The House shall vote either to agree with the Council's action or to refer it back to the Council for reconsideration based on the reasons specified by the House. An action granting or denying provisional or full approval may be referred back to the Council a maximum of two times. An action withdrawing, suspending or

terminating approval may be referred back to the Council one time. The decision of the Council will be final following its consideration of the last permitted referral.

Section VIII (D) of the Final Judgment is VACATED and replaced with the following:

    (D)    providing the United States, during the term of the Final Judgment, a copy of all proposed changes to the Standards, Interpretations, and Rules before they are acted on by the Council, and a copy of all Standards, Interpretations and Rules adopted by the Council;

So Ordered.

                                                *Royce C. Lamberth*  2/16/01
                                            United States District Judge