UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
          Plaintiff,
     v.                                    Civil Action No. 1:95-CV-01211
AMERICAN BAR ASSOCIATION,                            (RCL)
          Defendant.

### DEFENDANT AMERICAN BAR ASSOCIATION'S CERTIFICATION OF COMPLIANCE

Pursuant to Section IX(B) of the Final Judgment entered in this litigation, the American Bar Association ("ABA") hereby submits the attached Certification Of Compliance. Section IX(B) of the Final Judgment requires that "the Antitrust Compliance Officer [of the ABA] shall certify annually to the Court and the United States whether the ABA has complied with the provisions of Section VIII [of the Final Judgment]." *United States v. American Bar Ass'n*, 934 F. Supp. 435, 439 (D.D.C. 1996) Attached is the Certification Of Compliance executed by Darryl L. DePriest, the Antitrust Compliance Officer of the ABA, submitted, *nunc pro tunc*, for the period ending June 30, 1998.

                                    Respectfully submitted,

                                    David L. Roll .188763
                                    Steptoe & Johnson LLP
                                    1300 Connecticut Avenue, N.W.
                                    Washington, D.C. 20036
                                    (202) 429-8169

                                    David T. Pritikin
                                    Sidley & Austin
                                    One First National Plaza
                                    Chicago, Illinois 60603

CERTIFICATION OF COMPLIANCE

    I do hereby certify that the American Bar Association complied with the provisions of Section VIII of the Final Judgment entered in *United States v. American Bar Association*, 934 F. Supp. 435 (D.D.C. 1996) for the period ending June 30, 1998.

Darryl L. DePriest
Antitrust Compliance Officer
American Bar Association

Subscribed and sworn to before me this 19 day of December, 2003.

Notary Public



"OFFICIAL SEAL"
DEBRA DEE TAYLOR
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 06/26/07

## Certificate of Service

I hereby certify that on this 22nd day of December 2003, a true and correct copy of the foregoing Defendant American Bar Association's Certification of Compliance was served by first class mail, postage prepaid, on the following counsel:

>Jessica N. Butler-Arkow
>U.S. Department of Justice
>Antitrust Division
>600 E Street, N.W.
>Suite 9500
>Washington, D.C. 20530

David L. Roll

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
AMERICAN BAR ASSOCIATION,
        Defendant.

Civil Action No. 1:95-CV-01211
(RCL)

### DEFENDANT AMERICAN BAR ASSOCIATION'S CERTIFICATION OF COMPLIANCE

Pursuant to Section IX(B) of the Final Judgment entered in this litigation, the American Bar Association ("ABA") hereby submits the attached Certification Of Compliance. Section IX(B) of the Final Judgment requires that "the Antitrust Compliance Officer [of the ABA] shall certify annually to the Court and the United States whether the ABA has complied with the provisions of Section VIII [of the Final Judgment]." *United States v. American Bar Ass'n,* 934 F. Supp. 435, 439 (D.D.C. 1996) Attached is the Certification Of Compliance executed by Darryl L. DePriest, the Antitrust Compliance Officer of the ABA, submitted, *nunc pro tunc,* for the period ending June 30, 2000.

Respectfully submitted,

David L. Roll 188763
Steptoe & Johnson LLP
1300 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8169

David T. Pritikin
Sidley & Austin
One First National Plaza
Chicago, Illinois 60603

## CERTIFICATION OF COMPLIANCE

I do hereby certify that the American Bar Association complied with the provisions of Section VIII of the Final Judgment entered in *United States v. American Bar Association*, 934 F. Supp. 435 (D.D.C. 1996) for the period ending June 30, 2000.

*Darryl L. DePriest*
Darryl L. DePriest
Antitrust Compliance Officer
American Bar Association

Subscribed and sworn to before me this 19th day of December, 2003.

*Debra D. Taylor*
Notary Public

"OFFICIAL SEAL"
DEBRA DEE TAYLOR
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 06/26/07

## Certificate of Service

I hereby certify that on this ~~22nd~~ day of December 2003, a true and correct copy of the foregoing Defendant American Bar Association's Certification of Compliance was served by first class mail, postage prepaid, on the following counsel:

>Jessica N. Butler-Arkow
>U.S. Department of Justice
>Antitrust Division
>600 E Street, N.W.
>Suite 9500
>Washington, D.C. 20530
>
>Lawrence R. Velvel
>Massachusetts School of Law
>500 Federal Street
>Andover, Massachusetts 01801

David L. Roll

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

AMERICAN BAR ASSOCIATION,
    Defendant.

Civil Action No. 1:95-CV-01211
(RCL)

**DEFENDANT AMERICAN BAR ASSOCIATION'S CERTIFICATION OF COMPLIANCE**

Pursuant to Section IX(B) of the Final Judgment entered in this litigation, the American Bar Association ("ABA") hereby submits the attached Certification Of Compliance. Section IX(B) of the Final Judgment requires that "the Antitrust Compliance Officer [of the ABA] shall certify annually to the Court and the United States whether the ABA has complied with the provisions of Section VIII [of the Final Judgment]." *United States v. American Bar Ass'n*, 934 F. Supp. 435, 439 (D.D.C. 1996) Attached is the Certification Of Compliance executed by Darryl L. DePriest, the Antitrust Compliance Officer of the ABA, submitted, *nunc pro tunc*, for the period ending June 30, 2001.

Respectfully submitted,

David L. Roll .188763
Steptoe & Johnson LLP
1300 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8169

David T. Pritikin
Sidley & Austin
One First National Plaza
Chicago, Illinois 60603

CERTIFICATION OF COMPLIANCE

I do hereby certify that the American Bar Association complied with the provisions of Section VIII of the Final Judgment entered in *United States v. American Bar Association,* 934 F. Supp. 435 (D.D.C. 1996) for the period ending June 30, 2001.

*[signature]*
Darryl L. DePriest
Antitrust Compliance Officer
American Bar Association

Subscribed and sworn to before me this 19th day of December, 2003.

*[signature]*
Notary Public

"OFFICIAL SEAL"
DEBRA DEE TAYLOR
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 06/26/07

## Certificate of Service

I hereby certify that on this 22nd day of December 2003, a true and correct copy of the foregoing Defendant American Bar Association's Certification of Compliance was served by first class mail, postage prepaid, on the following counsel:

> Jessica N. Butler-Arkow
> U.S. Department of Justice
> Antitrust Division
> 600 E Street, N.W.
> Suite 9500
> Washington, D.C. 20530
>
> Lawrence R. Velvel
> Massachusetts School of Law
> 500 Federal Street
> Andover, Massachusetts 01801

David L. Roll