IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| Plaintiff, | ) | Civil Action No. 95-1211 (RCL) |
|  | ) | |
| v. | ) | Judge Royce C. Lamberth |
|  | ) | |
| AMERICAN BAR ASSOCIATION, | ) | |
|  | ) | |
| Defendant. | ) | |

## UNITED STATES' UNOPPOSED MOTION TO WITHDRAW APPEARANCES

Pursuant to Local Civil Rule 83.6, plaintiff United States of America moves to withdraw the appearances of the following two attorneys as counsel of record: D. Bruce Pearson and James J. Tierney. Mr. Pearson has retired from employment with the United States Department of Justice. Mr. Tierney has transferred to another Section of the Antitrust Division. Attorney Jessica Butler-Arkow has previously entered an appearance and will **remain** as counsel of record in this case and as Lead Attorney to be Noticed. On February 7, 2006, counsel spoke with David Roll, counsel for the American Bar Association, and the ABA does not oppose this motion.

Dated: February 10, 2006         Respectfully submitted,

_____
JAMES J. TIERNEY

_____
JESSICA N. BUTLER-ARKOW (#430022)
U.S. Department of Justice, Antitrust Division
600 E Street, N.W., Suite 9500
Washington, D.C.  20530
Tel:  202/307-1027
Fax: 202/616-8544
Jessica.Butler-Arkow@usdoj.gov
Attorneys for Plaintiff, United States of America

## CERTIFICATE OF SERVICE

On February 10, 2006, I caused copies of the foregoing United States' Motion to Withdraw Appearance to be served by first-class mail and facsimile upon counsel for:

AMERICAN BAR ASSOCIATION:

David L. Roll, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
fax (429-3902)

D. Cameron Findlay, Esquire
David T. Pritikin, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois  60603
fax (312/853-7036)

Darryl L. DePriest, Esquire
American Bar Association
541 N. Fairbanks Court
Chicago, Illinois  60611-3314
fax (312/988-5217).

I also caused a courtesy copy to be served by first-class mail and facsimile upon:

Lawrence R. Velvel, Esquire
Massachusetts School of Law
500 Federal Street
Andover, Massachusetts  01810
fax (978/681-6330).

JESSICA N. BUTLER-ARKOW