IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 95-1211 (RCL) |
| v. | ) | Judge Royce C. Lamberth |
| AMERICAN BAR ASSOCIATION, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel of record for the Plaintiff, United States of America.

Dated February 16, 2006.

                                      Respectfully submitted,

                                      FOR PLAINTIFF
                                      UNITED STATES OF AMERICA

                                      */s/ Mary N. Strimel*

                                      MARY N. STRIMEL (#455303)
                                      U.S. Department of Justice, Antitrust Division
                                      600 E Street, NW, Suite 9500
                                      Washington, DC 20530
                                      Tel: 202/616-5949
                                      Fax: 202/616-8544
                                      Mary.Strimel@usdoj.gov

CERTIFICATE OF SERVICE

On February 16, 2006, I caused copies of the foregoing Notice of Appearance to be served by first-class mail and facsimile upon counsel for:

AMERICAN BAR ASSOCIATION:

David L. Roll, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.   20036
fax (429-3902)

D. Cameron Findlay, Esquire
David T. Pritikin, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois   60603
fax (312/853-7036)

Darryl L. DePriest, Esquire
American Bar Association
541 N. Fairbanks Court
Chicago, Illinois   60611-3314
fax (312/988-5217).

I also caused a courtesy copy to be served by first-class mail and facsimile upon:

Lawrence R. Velvel, Esquire
Massachusetts School of Law
500 Federal Street
Andover, Massachusetts   01810
fax (978/681-6330).

*Mary N. Strimel*

_____
MARY N. STRIMEL