UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 95-1211 (RCL) |
| | ) | |
| AMERICAN BAR ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the United States' Unopposed Motion [93] to Withdraw Appearances of Mr. Pearson and Mr. Tierney and the entire record herein, it is hereby

ORDERED the United States' Unopposed Motion [93] to Withdraw Appearances is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 23, 2006.