IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
**UNITED STATES OF AMERICA ,**  )
                                                )
        **Plaintiff,**  )
                                                )
**v.**  )      Civil Action No. 95-1211 (RCL)
                                                )
**AMERICAN BAR ASSOCIATION,**  )      Judge Royce C. Lamberth
                                                )
        **Defendant.**  )
_____)

## NOTICE OF ENTRIES OF APPEARANCE OF COUNSEL

Please take notice that Robert Fleishman, Thomas M. Barba, and Jamie D. Underwood of Steptoe & Johnson LLP enter their appearance as counsel of record in this action for Defendant American Bar Association.

                                        /s/ Jamie D. Underwood

                                        Robert Fleishman
                                        DC Bar No. 175562
                                        Thomas M. Barba
                                        DC Bar No. 414280
                                        Jamie D. Underwood
                                        DC Bar No. 471614
                                        STEPTOE & JOHNSON LLP
                                        1330 Connecticut Avenue, NW
                                        Washington, DC  20036
                                        Telephone:    202.429.3000
                                        Facsimile:    202.429.3902

                                        COUNSEL FOR DEFENDANT
June 13, 2006                         AMERICAN BAR ASSOCIATION

- 2 -

## CERTIFICATE OF SERVICE

On June 13, 2006, I caused copies of the foregoing ENTRIES OF APPEARANCE to be served on the following, as indicated:

Jessica N. Butler-Arkow, Esq.  **(Via facsimile and first class mail)**
U.S. DEPARTMENT OF JUSTICE
600 E Street, NW, Suite 9500
Washington, DC 20530
Fax: 202.616.8544

Mary N. Strimel, Esq.  **(Via facsimile and first class mail)**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
600 E Street, NW, Suite 9500
Washington, DC 20530
Fax: 202.616.8544

Robert P. Mahnke, Esq.  **(Via facsimile and first class mail)**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
600 E Street, NW, Suite 9500
Washington, DC 20530
Fax: 202.616.8544

Lawrence R. Velvel, Esq.  **(Via facsimile and first class mail)**
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Fax: 978.681.6330

/s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    202.429.3000
Facsimile:    202.429.3902

COUNSEL FOR DEFENDANT
AMERICAN BAR ASSOCIATION