IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN BAR ASSOCIATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 95-1211 (RCL)<br><br>Judge Royce C. Lamberth |

## DEFENDANT AMERICAN BAR ASSOCIATION'S
## CERTIFICATION OF COMPLIANCE FOR 2004-2005

Pursuant to Section IX(B) of the Final Judgment entered in this litigation, the American Bar Association ("ABA") hereby submits the attached Certification of Compliance. Section IX(B) requires that "the Antitrust Compliance Officer [of the ABA] shall certify annually to the Court and the United States whether the ABA has complied with the provisions of Section VIII [of the Final Judgment]." *United States v. Am. Bar Ass'n*, 934 F. Supp. 435, 439 (D.D.C. 1996). The Certification of Compliance is executed by Darryl L. DePriest, the Antitrust Compliance Officer of the ABA, and is submitted *nunc pro tunc* for the period of July 1, 2004 – June 30, 2005.

Respectfully submitted,

/s/ Jamie D. Underwood

Robert Fleishman
DC Bar No. 175562
Thomas M. Barba
DC Bar No. 414280
Jamie D. Underwood
DC Bar No. 471614
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    202.429.3000
Facsimile:     202.429.3902

Dated: June 13, 2006

## CERTIFICATION OF COMPLIANCE

I, Darryl L. DePriest, the Antitrust Compliance Officer for the American Bar Association ("ABA"), do hereby certify that for the period of July 1, 2004 – June 30, 2005, the ABA complied with the provisions of Section VIII of the Final Judgment entered in *United States v. American Bar Ass'n,* 934 F. Supp. 435 (D.D.C. 1996), *modified,* 2001-1 Trade Cas. (CCH) ¶ 73,182 (D.D.C. Feb. 16, 2001), subject to the caveat set forth below.

Although, to the best of my knowledge, the ABA conformed in both letter and spirit to each of the substantive requirements of the Final Judgment during this time period, I am unable to certify strict compliance with certain administrative/reporting provisions contained therein. While the ABA met the majority of its administrative/reporting obligations under Section VIII, the ABA did not completely satisfy, without exception, all of the administrative/reporting responsibilities contained in Section VIII of the Final Judgment, including the following:

- providing the United States with a copy of all proposed and final changes to the Standards, Interpretations, and Rules, pursuant to Section VIII(D);

- briefing annually each Section Officer, Council member, Accreditation Committee member, Standards Review Committee member, Consultant's Office member, and Site Inspector on the meaning and requirements of the Final Judgment, pursuant to Section VIII(E);

- collecting from each member of the Council, Accreditation Committee, Standards Review Committee, and Consultant's Office a written certification, pursuant to Section VIII(F), stating that the individual has read, understands, and agrees to abide by the terms of the Final Judgment, and that he or she is not aware of any unreported violations thereof; and

- collecting from each member of the Consultant's Office and from the Executive Director

of the ABA a written certification, pursuant to Section VIII(G), stating that the individual has been advised and understands that his or her failure to comply with the Final Judgment may result in conviction for contempt of court.

The ABA has made a good-faith effort to abide by the terms of the Final Judgment and regrets these deficiencies. To the extent possible, the ABA has taken steps, albeit after the fact, to secure the documentation necessary to be in compliance. For example, the ABA has now collected all but two of the missing certifications required by Section VIII(F) and has collected all of the missing certifications required by Section VIII(G).

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of June 2006.

Darryl L. DePriest
ABA Antitrust Compliance Officer

## CERTIFICATE OF SERVICE

On June 13, 2006, I caused copies of the foregoing DEFENDANT AMERICAN BAR ASSOCIATION'S CERTIFICATION OF COMPLIANCE FOR 2004-2005 to be served on the following, as indicated:

| | |
|---|---|
| Jessica N. Butler-Arkow, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and first class mail)** |
| Mary N. Strimel, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and first class mail)** |
| Robert P. Mahnke, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and first class mail)** |
| Lawrence R. Velvel, Esq.<br>Massachusetts School of Law<br>500 Federal Street<br>Andover, MA 01810<br>Fax: 978.681.6330 | **(Via facsimile and first class mail)** |

/s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    202.429.3000
Facsimile:    202.429.3902

COUNSEL FOR DEFENDANT
AMERICAN BAR ASSOCIATION