IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 95-1211 (RCL) |
| ) | |
| AMERICAN BAR ASSOCIATION, ) | Judge Royce C. Lamberth |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Thomas M. Barba of Steptoe & Johnson LLP enters his appearance as counsel of record in this action for Defendant American Bar Association.

/s/ Thomas M. Barba

Thomas M. Barba
DC Bar No. 414280
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    202.429.3000
Facsimile:    202.429.3902

COUNSEL FOR DEFENDANT
June 15, 2006                            AMERICAN BAR ASSOCIATION

## CERTIFICATE OF SERVICE

On June 15, 2006, I caused copies of the foregoing NOTICE OF ENTRY OF APPEARANCE to be served on the following, as indicated:

| | |
|---|---|
| Jessica N. Butler-Arkow, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via first class mail)** |
| Mary N. Strimel, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via first class mail)** |
| Robert P. Mahnke, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via first class mail)** |
| Lawrence R. Velvel, Esq.<br>Massachusetts School of Law<br>500 Federal Street<br>Andover, MA 01810<br>Fax: 978.681.6330 | **(Via first class mail)** |

/s/ Thomas M. Barba

Thomas M. Barba
DC Bar No. 414280
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:     202.429.3000
Facsimile:     202.429.3902

COUNSEL FOR DEFENDANT
AMERICAN BAR ASSOCIATION