IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 95-1211 (RCL) |
| v. | ) ) ) | Judge Royce C. Lamberth |
| AMERICAN BAR ASSOCIATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Please take notice that Robert P. Mahnke of the U.S. Department of Justice enters his appearance as counsel of record in this action for the United States of America.

/s/ Robert P. Mahnke

Robert P. Mahnke
Jessica N. Butler-Arkow
(D.C. Bar No. 430022)
Patricia Brink
Mary N. Strimel
(D.C. Bar. No. 455303)
Damon J. Kalt
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C.  20530
Tel.: (202) 307-1027
Fax: (202) 616-8544

COUNSEL FOR PLAINTIFF
June 22, 2006    UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

On June 22, 2006, I caused a copy of the Notice Of Entry Of Appearance to be served by facsimile and first-class mail upon:

<u>American Bar Association</u>:

David L. Roll, Esquire
Robert W. Fleishman, Esquire
Thomas M. Barba, Esquire
Jamie D. Underwood, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.   20036
fax (202/429-3902)

David T. Pritikin, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois   60603
fax (312/853-7036)

Darryl L. DePriest, Esquire
American Bar Association
541 N. Fairbanks Court
Chicago, Illinois   60611-3314
fax (312/988-5217)

I also caused a courtesy copy to be served by first-class mail and facsimile upon:

<u>Massachusetts School of Law</u>:
Lawrence R. Velvel, Esquire
Massachusetts School of Law
500 Federal Street
Andover, Massachusetts   01810
fax (978/681-6330).


                                 ___/s/ Robert P. Mahnke_____
                                 ROBERT P. MAHNKE