IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 95-1211 (RCL) |
| v. | ) | Judge Royce C. Lamberth |
| AMERICAN BAR ASSOCIATION, | ) | |
| Defendant. | ) | |

**ERRATA REGARDING DOCKET SHEET**

This errata is filed to correct an error on the docket sheet for this case. Item 102 should be corrected on the docket sheet so that it reads *Stipulation for Entry of Order*. Item 102 should not be linked to Item 101. On Friday, it was inadvertently linked to item 101, so that the docket sheet entry erroneously read "*Stipulation* re 101 Motion Petition for Order to Show Cause Show Cause Why Defendant American Bar Association Should Not Be Found In Civil Contempt *for Entry of Order*."

/s/ Jessica N. Butler-Arkow
Robert P. Mahnke
Jessica N. Butler-Arkow
(D.C. Bar No. 430022)
U.S. Department of Justice
Antitrust Division
600 E Street, N.W., Suite 9500
Washington, D.C. 20530
Tel.: (202) 307-1027
Fax: (202) 616-8544
COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

June 26, 2006

CERTIFICATE OF SERVICE

On June 26, 2006, I caused a copy of the Errata Regarding Docket Sheet to be served by facsimile and first-class mail upon:

American Bar Association:

David L. Roll, Esquire
Robert W. Fleishman, Esquire
Thomas M. Barba, Esquire
Jamie D. Underwood, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.   20036
fax (429-3902)

David T. Pritikin, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois   60603
fax (312/853-7036)

Darryl L. DePriest, Esquire
American Bar Association
541 N. Fairbanks Court
Chicago, Illinois   60611-3314
fax (312/988-5217)

I also caused a courtesy copy to be served by first-class mail and facsimile upon:

Massachusetts School of Law:

Lawrence R. Velvel, Esquire
Massachusetts School of Law
500 Federal Street
Andover, Massachusetts   01810
fax (978/681-6330).

                                                     /s/
                                JESSICA N. BUTLER-ARKOW