IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 95-1211 (RCL) |
| ) | |
| v. ) | Judge Royce C. Lamberth |
| ) | |
| AMERICAN BAR ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ERRATA REGARDING PROPOSED ORDER

On Friday, June 23, the United States filed a Proposed Order in this case (item 103 on the docket sheet). The Proposed Order should have been attached to docket entry 101, "MOTION Petition for Order to Show Cause Show Cause Why Defendant American Bar Association Should Not Be Found In Civil Contempt." The Proposed Order is attached to this Errata.

                                                              /s/ Jessica N. Butler-Arkow
                                                              Robert P. Mahnke
                                                              Jessica N. Butler-Arkow
                                                              (D.C. Bar No. 430022)
                                                              Patricia Brink
                                                              Mary N. Strimel
                                                             (D.C. Bar. No. 455303)
                                                             Damon J. Kalt
                                                             U.S. Department of Justice
                                                             Antitrust Division
                                                             600 E Street, N.W., Suite 9500
                                                             Washington, D.C. 20530
                                                             Tel.: (202) 307-1027
                                                             Fax: (202) 616-8544
                                                             COUNSEL FOR PLAINTIFF
June 26, 2006                                                   UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

On June 26, 2006, I caused a copy of the Errata Regarding Proposed Order to be served by facsimile and first-class mail upon:

American Bar Association:

David L. Roll, Esquire
Robert W. Fleishman, Esquire
Thomas M. Barba, Esquire
Jamie D. Underwood, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
fax (429-3902)

David T. Pritikin, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois  60603
fax (312/853-7036)

Darryl L. DePriest, Esquire
American Bar Association
541 N. Fairbanks Court
Chicago, Illinois  60611-3314
fax (312/988-5217)

I also caused a courtesy copy to be served by first-class mail and facsimile upon:

Massachusetts School of Law:

Lawrence R. Velvel, Esquire
Massachusetts School of Law
500 Federal Street
Andover, Massachusetts  01810
fax (978/681-6330).

/s/
JESSICA N. BUTLER-ARKOW