IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 95-1211 (RCL) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, ) | Judge Royce C. Lamberth |
| ) | |
| Defendant. ) | |

## DEFENDANT AMERICAN BAR ASSOCIATION'S
## CERTIFICATION OF COMPLIANCE

Pursuant to Section IX(B) of the Final Judgment entered in this litigation, the American Bar Association ("ABA") hereby submits the attached Certification of Compliance. Section IX(B) requires that "the Antitrust Compliance Officer [of the ABA] shall certify annually to the Court and the United States whether the ABA has complied with the provisions of Section VIII [of the Final Judgment]." *United States v. Am. Bar Ass'n,* 934 F. Supp. 435, 439 (D.D.C. 1996). The Certification of Compliance is executed by Darryl L. DePriest, the Antitrust Compliance Officer of the ABA, and is submitted for the period of July 1, 2005 – June 26, 2006.

Respectfully submitted,

/s/ Jamie D. Underwood
Robert Fleishman
DC Bar No. 175562
Thomas M. Barba
DC Bar No. 414280
Jamie D. Underwood
DC Bar No. 471614
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-8013 telephone
Dated: June 29, 2006                    (202) 420-3902 facsimile

## CERTIFICATION OF COMPLIANCE

I, Darryl L. DePriest, the Antitrust Compliance Officer for the American Bar Association ("ABA"), do hereby certify that for the period of July 1, 2005 – June 26, 2006, the ABA complied with the provisions of Section VIII of the Final Judgment entered in *United States v. American Bar Ass'n,* 934 F. Supp. 435 (D.D.C. 1996), *modified,* 2001-1 Trade Cas. (CCH) ¶ 73,182 (D.D.C. Feb. 16, 2001), except as set forth below.

The ABA and the United States have agreed in a joint stipulation, accepted by the Court as part of its June 26, 2006 Order, that the ABA did not completely satisfy, without exception, each of the reporting responsibilities contained in Section VIII of the Final Judgment. For this reporting period, these provisions include the following:

- providing the United States with a copy of all proposed and final changes to the Standards, Interpretations, and Rules, pursuant to Section VIII(D); and

- making sure that each Section Officer, Council member, Accreditation Committee member, Standards Review Committee member, Consultant's Office member, and participant in the site inspectors' workshops was briefed on the meaning and requirements of the Final Judgment, pursuant to Section VIII(E).

The ABA acknowledges and regrets these deficiencies in its efforts to comply with all the requirements of the Final Judgment.

Darryl L. DePriest
ABA Antitrust Compliance Officer

Subscribed and sworn to before me
this ___ day of June 2006.

Notary Public

OFFICIAL SEAL
AMY EGGERT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/10/10

- 2 -

## CERTIFICATE OF SERVICE

On June 29, 2006, I caused copies of the foregoing DEFENDANT AMERICAN BAR ASSOCIATION'S CERTIFICATION OF COMPLIANCE FOR THE PERIOD OF JULY 1, 2005 – JUNE 26, 2006 to be served on the following parties as indicated:

| | |
|---|---|
| Jessica Nell Butler-Arkow, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>600 E Street, NW<br>Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and hand delivery)** |
| Mary N. Strimel, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW<br>Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and hand delivery)** |
| Robert P. Mahnke, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>600 E Street, NW<br>Suite 9500<br>Washington, DC 20530<br>Fax: 202.616.8544 | **(Via facsimile and hand delivery)** |

I also caused a courtesy copy to be served on the following party as indicated:

| | |
|---|---|
| Lawrence R. Velvel, Esq.<br>Massachusetts School of Law<br>500 Federal Street<br>Andover, MA 01810<br>Fax: 978.681.6330 | **(Via facsimile and first class mail)** |

/s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

COUNSEL FOR DEFENDANT
AMERICAN BAR ASSOCIATION